■ In the Matter of SAMUEL WITT v WARDEN. — Petition for a writ of habeas corpus dismissed (CPLR 7002, subd [b], par 2). Concur — Kupferman, J. P., Sandler, Carro, Silverman and Bloom, JJ.